Law Offices of Bill LaTour
Bill LaTour, ESQ.
State Bar No.: 169758
   11332 Mountain View Ave., Suite C
   Loma Linda, California 92354
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: Bill.latour@verizon.net

Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| LORRAINE ESPINOSA, <br><br> Plaintiff, <br> v. <br><br> MICHAEL J. ASTRUE, <br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | No. EDCV 07-1674 E <br><br> [~~PROPOSED~~] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the Equal Access to Justice Act ("EAJA") in the amount TWO THOUSAND TWO HUNDRED SIXTY ONE DOLLARS and 50/cents ($2,261.50), as authorized by 28 U.S.C. §2412(d), subject to the terms of the above-referenced Stipulation.

DATED: 7/11/08 _____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

-1-